UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANDARD GENERAL L.P., on behalf of itself and its insured subsidiaries and affiliated hedge funds           Plaintiff,<br><br>-v-<br><br>Hartford Accident and Indemnity Company<br><br>                                                     Defendant. | Case No. 18-cv-6523<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Standard General L.P.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Standard General L.P. declares that it has no parent company, no publicly held corporation owns 10% or more of its stock, and it has no affiliate or subsidiary that is publicly held.

**Date:** July 19, 2018

**Signature of Attorney**

**Attorney Bar Code:** AZ3511

Form Rule7_1.pdf   SDNY Web 10/2007