JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                                 DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER                        ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]    Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No [ ]     Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

                              TORTS                                                            ACTIONS UNDER STATUTES

CONTRACT            PERSONAL INJURY        PERSONAL INJURY/                FORFEITURE/PENALTY    BANKRUPTCY               OTHER STATUTES
                                           [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE  [ ] 310 AIRPLANE           PHARMACEUTICAL PERSONAL      [ ] 625 DRUG RELATED  [ ] 422 APPEAL           [ ] 375 FALSE CLAIMS
[ ] 120  MARINE     [ ] 315 AIRPLANE PRODUCT   INJURY/PRODUCT LIABILITY         SEIZURE OF PROPERTY    28 USC 158          [ ] 376 QUI TAM
[ ] 130  MILLER ACT        LIABILITY       [ ] 365 PERSONAL INJURY              21 USC 881        [ ] 423 WITHDRAWAL       [ ] 400 STATE
[ ] 140  NEGOTIABLE [ ] 320 ASSAULT, LIBEL &   PRODUCT LIABILITY            [ ] 690 OTHER             28 USC 157                  REAPPORTIONMENT
         INSTRUMENT        SLANDER         [ ] 368 ASBESTOS PERSONAL                                                       [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF [ ] 330 FEDERAL           INJURY PRODUCT                                                              [ ] 430 BANKS & BANKING
         OVERPAYMENT &     EMPLOYERS'          LIABILITY                                                                   [ ] 450 COMMERCE
         ENFORCEMENT       LIABILITY                                        PROPERTY RIGHTS                                [ ] 460 DEPORTATION
         OF JUDGMENT [ ] 340 MARINE        PERSONAL PROPERTY                                                               [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT [ ] 345 MARINE PRODUCT                                [ ] 820 COPYRIGHTS                                     ENCED & CORRUPT
[ ] 152  RECOVERY OF       LIABILITY       [ ] 370 OTHER FRAUD              [ ] 830 PATENT                                         ORGANIZATION ACT
         DEFAULTED   [ ] 350 MOTOR VEHICLE [ ] 371 TRUTH IN LENDING         [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION        (RICO)
         STUDENT LOANS [ ] 355 MOTOR VEHICLE                                [ ] 840 TRADEMARK                              [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)   PRODUCT LIABILITY                                                                               [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF [ ] 360 OTHER PERSONAL [ ] 380 OTHER PERSONAL          LABOR                  SOCIAL SECURITY
         OVERPAYMENT       INJURY              PROPERTY DAMAGE                                                             [ ] 850 SECURITIES/
         OF VETERAN'S [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR     [ ] 861 HIA (1395ff)            COMMODITIES/
         BENEFITS          MED MALPRACTICE     PRODUCT LIABILITY                STANDARDS ACT     [ ] 862 BLACK LUNG (923)         EXCHANGE
[ ] 160  STOCKHOLDERS                                                       [ ] 720 LABOR/MGMT     [ ] 863 DIWC/DIWW (405(g))
         SUITS                             PRISONER PETITIONS                   RELATIONS         [ ] 864 SSID TITLE XVI
[ ] 190  OTHER                             [ ] 463 ALIEN DETAINEE           [ ] 740 RAILWAY LABOR ACT [ ] 865 RSI (405(g))   [ ] 890 OTHER STATUTORY
         CONTRACT                          [ ] 510 MOTIONS TO               [ ] 751 FAMILY MEDICAL                                 ACTIONS
[ ] 195  CONTRACT                              VACATE SENTENCE                  LEAVE ACT (FMLA)   FEDERAL TAX SUITS        [ ] 891 AGRICULTURAL ACTS
         PRODUCT           ACTIONS UNDER STATUTES 28 USC 2255               [ ] 790 OTHER LABOR
         LIABILITY                         [ ] 530 HABEAS CORPUS                LITIGATION        [ ] 870 TAXES (U.S. Plaintiff or [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE   CIVIL RIGHTS          [ ] 535 DEATH PENALTY            [ ] 791 EMPL RET INC        Defendant)                  MATTERS
                                           [ ] 540 MANDAMUS & OTHER             SECURITY ACT (ERISA) [ ] 871 IRS-THIRD PARTY [ ] 895 FREEDOM OF
                     [ ] 440 OTHER CIVIL RIGHTS                                                       26 USC 7609                   INFORMATION ACT
REAL PROPERTY              (Non-Prisoner)                                                                                   [ ] 896 ARBITRATION
                     [ ] 441 VOTING                                         IMMIGRATION                                     [ ] 899 ADMINISTRATIVE
[ ] 210  LAND        [ ] 442 EMPLOYMENT    PRISONER CIVIL RIGHTS                                                                   PROCEDURE ACT/REVIEW OR
         CONDEMNATION [ ] 443 HOUSING/                                      [ ] 462 NATURALIZATION                                 APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE       ACCOMMODATIONS  [ ] 550 CIVIL RIGHTS                 APPLICATION
[ ] 230  RENT LEASE & [ ] 445 AMERICANS WITH [ ] 555 PRISON CONDITION       [ ] 465 OTHER IMMIGRATION                       [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT         DISABILITIES -  [ ] 560 CIVIL DETAINEE               ACTIONS                                            STATE STATUTES
[ ] 240  TORTS TO LAND     EMPLOYMENT          CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT [ ] 446 AMERICANS WITH
         LIABILITY         DISABILITIES -OTHER
[ ] 290  ALL OTHER   [ ] 448 EDUCATION
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION        DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                      AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                           IF SO, STATE:

DEMAND $_____  OTHER _____       JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO                NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
　☐ a. all parties represented
　☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*  **BASIS OF JURISDICTION**  *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF　☐ 2 U.S. DEFENDANT　☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)　☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)



DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)



DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:



**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:　THIS ACTION SHOULD BE ASSIGNED TO:　☐ WHITE PLAINS　☐ MANHATTAN

DATE _____　SIGNATURE OF ATTORNEY OF RECORD _____　ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT # _____　Attorney Bar Code # _____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)