Case 1:18-cv-06523-JGK Document 9 Filed 07/27/18 Page 1 of 1

Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

**troutman sanders**

troutman com

---

**Matthew J. Aaronson**
Partner
matthew.aaronson@troutman.com

July 26, 2018

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 14A
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
7/27/18

Re: **Standard General L.P. v. Hartford Accident and Indemnity Company (Case No. 1:18-cv-06523-JGK)**

Dear Judge Koeltl,

This firm represents Defendant Hartford Accident and Indemnity Company ("Hartford") in the above captioned action. Pursuant to Rule 1.E. of Your Honor's Individual Practices, we respectfully request an extension of time up to and including September 10, 2018 for Hartford to answer, move or otherwise respond to Plaintiff's Complaint, filed and served on July 20, 2018. The current deadline for Hartford to answer, move or otherwise respond to the Complaint is August 10, 2018.

This is the first request by Hartford for an extension of time to respond to Plaintiff's Complaint and Plaintiff consents to this request.

Sincerely,

/s/ Matthew J. Aaronson
Matthew J. Aaronson

cc: Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/27/18