UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STANDARD GENERAL, L.P.
                Plaintiff(s),

**NOTICE OF COURT CONFERENCE**

-against-

HARTFORD ACCIDENT,
                Defendant(s).

18 civ 6523 (JGK)

------------------------------------------------------X

To All Parties,

You are directed to appear for a pretrial conference, to be held on **Wednesday, October 10, 2018,** in Courtroom 14A, at 4:30pm, before the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
August 8, 2018

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/2018